UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CRAIG OKLER,

            Plaintiff,

  v.

MCC IMU PRISON, et al.,

           Defendants.

Case No. C18-5458 RJB

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the remaining record (no objections were filed), does hereby find and ORDER:

(1) plaintiff has failed to comply with his obligation to prosecute his action pursuant to Local Rule 41(b)(2);

(2) the Court adopts the Report and Recommendation;

(3) defendant's motion to compel and motion for summary judgment are dismissed; and

(4) plaintiff's complaint is dismissed without prejudice.

Dated this 22nd day of March, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1